## 54948. LOVE v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of burglary. On appeal he attacks only the sufficiency of the evidence to sustain the conviction. An examination of the transcript discloses that the evidence authorized the conviction.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED JANUARY 16, 1978 — DECIDED JANUARY 31, 1978.

Ruben Love, *pro se.*
*J. Douglas Willix,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, R. David Petersen, Assistant District Attorneys,* for appellee.